JS - 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAMON MOLINA-GARCIA, | Case No. 5:26-cv-02540-AYP |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, ADELANTO ICE PROCESSING CENTER, et al.., | |
| Respondents. | |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 10, 2026

_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE